1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LARISSA LYNN PRITCHETT,

                     Plaintiff,

   v.

CAROLYN W. COLVIN, Acting Commissioner
of Social Security,

                    Defendant.

Case No. C12-1722-MJP-BAT

**REPORT AND
RECOMMENDATION**

13

14

15

       Larissa Lynn Pritchett seeks review of the denial of her Disability Insurance Benefits application.  Dkt. 2.  The parties stipulate the case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Dkt. 18.

16

17

18

19

20

21

22

23

       The Court has considered the parties' stipulation and the record and recommends the case be **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.  On remand, the Administrative Law Judge will obtain additional evidence concerning the period prior to December 31, 2002 or February 17, 2004; and obtain evidence from a medical expert concerning the onset of plaintiff's mental conditions, whether those conditions satisfied the requirements of the Listings, and/or determine whether those conditions caused functional limitations on plaintiff's ability to perform work activity prior to December 31, 2002 or February 17, 2004.

1    Because the parties have stipulated that the case be remanded as set forth above, the Court

2 recommends that Chief United States District Judge Marsha J. Pechman immediately approve this

3 Report and Recommendation and order the case **REVERSED** and **REMANDED** for further

4 administrative proceedings.  A proposed order accompanies this Report and Recommendation.

5    DATED this 14th day of March, 2013.

6

7    _____

     BRIAN A. TSUCHIDA

8    United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

REPORT AND RECOMMENDATION - 2